In the Matter of the Judicial Settlement of the Account of Proceedings, etc., of FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Trustees, etc., of GEORGE W. MURRAY, Deceased, FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Trustees, Appellants; GEORGE W. CRUMMEY and Others, Respondents.— Motion

for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.